1  SEYFARTH SHAW LLP
   Jennifer R. Brooks (SBN 305219)
2  jrbrooks@seyfarth.com
   2323 Ross Ave., Suite 1660
3  Dallas, Texas 75201
   Telephone: (469) 608-6730
4

5  *Counsel for Defendant*
   *Equifax Inc.*
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | AMAR PRAMOD AMTE, | Case No. 8:25-cv-00384-FWS-JDE |
|---|---|---|
| 12 | Plaintiff, | **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO REMAND TO STATE COURT** |
| 13 | v. | |
| 14 | EQUIFAX, INC., and DOES 1 through 100 inclusive, | |
| 15 | | |
| 16 | Defendants. | |

17

18    Defendant Equifax Information Services LLC, incorrectly identified as Equifax, Inc.,
19 ("Equifax") files this Motion to Remand to State Court and states in support thereof:
20    On February 27, 2025, Equifax removed the action initiated by counsel for Plaintiff
21 Amar Pramod Amte from the Superior Court of Orange County, State of California
22 asserting that removal was proper due to federal question jurisdiction.
23    However, upon further review, Equifax believes it removed this matter in error and
24 Plaintiff's claims do not invoke any federal statutes, treaties, or constitutional provisions.
25    For this reason, Equifax requests that this matter be remanded back to state court
26 which has jurisdiction to hear Plaintiff's claims.

27

28

| | | |
|---|---|---|
| 1 | DATED: March 3, 2025 | Respectfully submitted, |
| 2 | | SEYFARTH SHAW LLP |

By: */s/ Jennifer R. Brooks*
            Jennifer R. Brooks
           *Counsel for Defendant*
           *Equifax Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2025, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO REMAND TO STATE COURT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jennifer R. Brooks*
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Inc.*

316470845v.1

CERTIFICATE OF SERVICE